IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVELINO RAMOS, | No. CIV S-07-0868-JAM-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| D.K. SISTO, et al., | |
|     Respondents. | |
|                                / | |

      Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole. Respondent has filed a notice with the court that Petitioner has been granted parole and released from custody.

      It appears, therefore, that this action is now moot in that there is no relief on Petitioner's petition which the court can grant.  Accordingly, Petitioner shall show cause in writing within 30 days of the date of this order why this petition should not be dismissed as moot given Petitioner's release from custody on parole.  Respondents may file a response within 15

/ / /

/ / /

days after service of petitioner's brief.  Petitioner may file a reply within 10 days after service of any response by Respondents.

       IT IS SO ORDERED.

DATED: July 14, 2010

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE